# Exhibit A

```
CONTROL REPORT                        10/22/99  23:27:16.47
SEQ NUM:              991022501190  CREATED:  10/22/99 13:44:42.38
ASSOCIATED SEQ NUM:
SOURCE SEQ NUM OR NAME:
CONTROL FLAGS:                 107220  000400  041000  000000  000000
MESSAGE SOURCE:
ASSOCIATED COMMLOG:            FWOF    9910221710415800  10/22/99 17:10:41.59
REPEAT CODE:
LAST OPERATOR:                 SR8257SARAI RESENDIZ
SEND DATE:                     10/22/99
WIRE SERVICE:                  FW
DIRECTION:                     OUT
CURRENT MODE:                  NORMAL
CURRENT QUEUE:
APPLICATION ID:                FIN
FUNCTION CODE:                 FEDWIRE - OUT
SERVICE COMPLETE:              040010  000000
REVIEW RELEASE CODES:
00 - 51- NON-REPT CALLBACK 2ND PIN REQD.    PROCESSED/NORMALLY/MOHAMMAD WAFA YAIS
01 - 63- POSSIBLE OFAC VIOLATION.           NO OFAC MATCH
EXCEPTION CODE:                00000
EXCEPTION ACTION:              00000
HOME ABA:                      111000614
CORRESPONDENT ABA:             021000018
CORRESPONDENT ENDPOINT ID:     IRVTUS3N
CORRESPONDENT COUNTRY:         US
COVERING BANK ENDPOINT ID:
HOME SWIFT TID:                BONEUS44AXXX
SWIFT MESSAGE TYPE:            100
SWIFT MESSAGE PRIORITY:        02
CORRESPONDENT SWIFT ADDRESS:   IRVTUS3N
INBOUND SWIFT NOR:             BONEUS44AXXX
SWIFT OR TELEX MIR:                         XXX
CORRESPONDENT TELEX ID:
CORRESPONDENT ANSWERBACK:
OUTBOUND TEST NEEDED FLAG:
TEXT TYPE:                     FORMATTED
RBU:                           00
DEBIT ACCOUNT NUMBER:          0001070001258
DEBIT ACCOUNT TYPE:            DD
DEBIT ACCOUNT STATUS:          ON FILE
CREDIT ACCOUNT NUMBER:         0003210151001
CREDIT ACCOUNT TYPE:           GL
CREDIT ACCOUNT STATUS:         ON FILE
DEBIT AMOUNT IN FXC:                   40,000.0000
DEBIT AMOUNT IN HOME CURR:             40,000.00
CREDIT AMOUNT IN FXC:                  40,000.0000
CREDIT AMOUNT IN HOME CURR:            40,000.00
MESSAGE AMOUNT:                        40,000.0000
DOLLAR AMOUNT:                         40,000.00
EXCHANGE RATE:                          1.000000000 A
CONTRACT CODE:
VALUE DATE:                    10/22/99
DEBIT DATE:                    10/22/99
CURRENCY:                      USD
COMMISSION FLAG:
COMMISSION CHARGE:                               .00
SCISSORED SEGMENT COUNT:       00
PRINT REPORT ID:               COMMLOG
PRINT SPOOLER LOC:             RINTLO
TESTCODE ID:
INBOUND TESTING STATUS:
TESTCODE DATE:                 10/22/99
TESTCODE CURRENCY TESTED:      USD
TESTCODE AMOUNT:                       40,000
```

DLGJ 0771    0000557

FRANK S 11

1817

```
CONTROL REPORT (CONT'D)      10/22/99  23:27
SEQ NUM: (CONT)     991022501190   CREATED: 10/22/99 13:44:42.38
AUTHENTICATION STATUS:
INBOUND MESSAGE AUTH RESULT:
CALCULATED AUTH RESULT:
RECEIPT ACK/NAK STATUS:
RECEIPT ACK/NAK CONNKEY:
DELIVERY ACK/NAK STATUS:
DELIVERY ACK/NAK CONNKEY:

         TIMESTAMP           OPERATOR         INITS PROCESS  TERMINAL

10/22/99 13:44  1975E SUSTAITA         ES   8X736   \EUEA6
         CREATED BY THE FUNDS TRANSFER OPERATOR.
10/22/99 13:54  SW12019 WILLIAMS       SW   8X657   \EICE
         APPROVAL REQUEST SENT FROM ORF TO EDSPLANO.
10/22/99 13:55                                      $DD1A
         APPROVAL REQUEST APPROVED BY EDSPLANO.
10/22/99 16:07  SR82573ARAI RESENDIZ   SR   $2D50   \EICE
         REVIEWED BY THE REVIEW/RELEASE OPERATOR.
10/22/99 17:10  SR82578ARAI RESENDIZ   SR   $2D50   \EICE
         REVIEWED AND APPROVED BY THE REVIEW/RELEASE OPERATOR.
10/22/99 17:10                                      $MCPA
         DOMESTIC TRANSACTION CREATED.
10/22/99 17:10                                      $MCPA
         QUEUED TO THE DOMESTIC OUTBOUND FORMATTER.
10/22/99 17:10                                      $F11A
         TRANSMITTED TO FED USING REFNUM/OMSN 002103/2103 AT 17:10

CALLER (SRC):
    HAISSAN MAHMOUD
ORIGINATOR (ORG):
    /0001070001258
    HOLYLAND FOUNDATION GENERAL
    P O BOX 832390
    RICHARDSON, TX 75083
RECEIVING BANK (RCV):              OPTION:  A   SW ADDR: IRVTUS3N
    BANK OF NEW YORK
    NEW YORK, NY
BENEFICIARY'S BANK (BBK):          OPTION:  D
    BANQUE DU LIBAN ET D'OUTRE-MER
    SIDON BRANCH LEBANON
BENEFICIARY (BNF):                 OPTION:  D
    ACCT: /12-02-44037-728529-1
    SANABIL ASSOCIATION FOR RELIEF AND
    DEVELOPMENT
CHARGES TO (CHG):
    BEN
```

DLGJ 0771   0000558

1818