# Exhibit B

```
CONTROL REPORT              10/25/00  23:05:23.67
SEQ NUM:            001025501454  CREATED: 10/25/00 15:23:46.80
ASSOCIATED SEQ NUM:
SOURCE SEQ NUM OR NAME:
CONTROL FLAGS:             107224  000400  041000  000000  000000
MESSAGE SOURCE:
ASSOCIATED COMMLOG:        FWOF     0010251605308700  10/25/00 16:05:30.87
REPEAT CODE:
LAST OPERATOR:             1975A BURROUGH
SEND DATE:                 10/25/00
WIRE SERVICE:              FW
DIRECTION:                 OUT
CURRENT MODE:              NORMAL
CURRENT QUEUE:
APPLICATION ID:            FIN
FUNCTION CODE:             FEDWIRE - OUT
SERVICE COMPLETE:          040010  000000
REVIEW RELEASE CODES:
00 - 51- NON-REPT CALLBACK 2ND PIN REQD.    PROCESSED/NORMALLY/MOHAMMAD WAFA YAIS
EXCEPTION CODE:            00000
EXCEPTION ACTION:          00000
HOME ABA:                  111000614
CORRESPONDENT ABA:         021000089
CORRESPONDENT ENDPOINT ID: CITIUS33
CORRESPONDENT COUNTRY:     US
COVERING BANK ENDPOINT ID:
HOME SWIFT TID:            BONEUS44AXXX
SWIFT MESSAGE TYPE:        100
SWIFT MESSAGE PRIORITY:    02
CORRESPONDENT SWIFT ADDRESS: CITIUS33
INBOUND SWIFT MOR:         BONEUS44AXXX
SWIFT OR TELEX MIR:                XXX
CORRESPONDENT TELEX ID:
CORRESPONDENT ANSWERBACK:
OUTBOUND TEST NEEDED FLAG:
TEXT TYPE:                 FORMATTED
RBU:                       00
DEBIT ACCOUNT NUMBER:      0001070001258
DEBIT ACCOUNT TYPE:        DD
DEBIT ACCOUNT STATUS:      ON FILE
CREDIT ACCOUNT NUMBER:     0003210151001
CREDIT ACCOUNT TYPE:       GL
CREDIT ACCOUNT STATUS:     ON FILE
DEBIT AMOUNT IN FXC:              20,000.0000
DEBIT AMOUNT IN HOME CURR:        20,000.00
CREDIT AMOUNT IN FXC:             20,000.0000
CREDIT AMOUNT IN HOME CURR:       20,000.00
MESSAGE AMOUNT:                   20,000.0000
DOLLAR AMOUNT:                    20,000.00
EXCHANGE RATE:                     1.000000000 A
CONTRACT CODE:
VALUE DATE:                10/25/00
DEBIT DATE:                10/25/00
CURRENCY:                  USD
COMMISSION FLAG:
COMMISSION CHARGE:                    .00
SCISSORED SEGMENT COUNT:   00
PRINT REPORT ID:           COMMLOG
PRINT SPOOLER LOC:         #INTLD
TESTCODE ID:
INBOUND TESTING STATUS:
TESTCODE DATE:             10/25/00
TESTCODE CURRENCY TESTED:  USD
TESTCODE AMOUNT:                  20,000
```

FRAME M 17

2257     DLGJ26 0000114

CONTROL REPORT
SEQ NUM:
ASSOCIATED SEG
SOURCE SEQ NUM
CONTROL FLAGS:
MESSAGE SOURCE:
ASSOCIATED COM
REPEAT CODE:
LAST OPERATOR:
SEND DATE:
WIRE SERVICE:
DIRECTION:
CURRENT MODE:
CURRENT QUEUE:
APPLICATION ID:
FUNCTION CODE:
SERVICE COMPLE
REVIEW RELEASE
EXCEPTION CODE:
EXCEPTION ACTIO
HOME ABA:
CORRESPONDENT
CORRESPONDENT
CORRESPONDENT
COVERING BANK.
HOME SWIFT TID:
SWIFT MESSAGE T
SWIFT MESSAGE P
CORRESPONDENT S
INBOUND SWIFT M
SWIFT OR TELEX
CORRESPONDENT T
CORRESPONDENT A
OUTBOUND TEST N
TEXT TYPE:
RBU:
DEBIT ACCOUNT N
DEBIT ACCOUNT T
DEBIT ACCOUNT S
CREDIT ACCOUNT
CREDIT ACCOUNT
CREDIT ACCOUNT
DEBIT AMOUNT IN
DEBIT AMOUNT IN
CREDIT AMOUNT I
CREDIT AMOUNT I
MESSAGE AMOUNT:
DOLLAR AMOUNT:
EXCHANGE RATE:
CONTRACT CODE:
VALUE DATE:
DEBIT DATE:
CURRENCY:
COMMISSION FLA
COMMISSION CHAR
SCISSORED SEGM
PRINT REPORT II
PRINT SPOOLER
TESTCODE ID:
INBOUND TESTIN
TESTCODE DATE:
TESTCODE CURRE
TESTCODE AMOUN

```
CONTROL REPORT (CONTD)         10/25/00  23:05
SEQ NUM: (CONT)     001025501454  CREATED: 10/25/00 15:23:46.80
AUTHENTICATION STATUS:
INBOUND MESSAGE AUTH RESULT:
CALCULATED AUTH RESULT:
RECEIPT ACK/NAK STATUS:
RECEIPT ACK/NAK COMMKEY:
DELIVERY ACK/NAK STATUS:
DELIVERY ACK/NAK COMMKEY:

       TIMESTAMP          OPERATOR        INITS PROCESS   TERMINAL

10/25/00 15:23  1975W JONES           WJ    $X201    \EUEA7
        CREATED BY THE FUNDS TRANSFER OPERATOR.
10/25/00 15:44  1975A MASON           AM    $Y351    \EUEA6
        APPROVAL REQUEST SENT FROM ORF TO EDSPLANO.
10/25/00 15:45                              $DD1A
        APPROVAL REQUEST APPROVED BY EDSPLANO.
10/25/00 16:05  1975A BURROUGH        AEB   $X132    \EUEA6
        REVIEWED AND APPROVED BY THE REVIEW/RELEASE OPERATOR.
10/25/00 16:05                              $MCPA
        DOMESTIC TRANSACTION CREATED.
10/25/00 16:05                              $MCPA
        QUEUED TO THE DOMESTIC OUTBOUND FORMATTER.
10/25/00 16:05                              $FT1A
        TRANSMITTED TO FED USING REFNUM/OMSN 001585/1585 AT 16:05

CALLER (SRC):
   HAISSAM MAHMOUD
ORIGINATOR (ORG):
   /000107000125S
   HOLYLAND FOUNDATION GENERAL
   P O BOX 832390
   RICHARDSON, TX 75083
RECEIVING BANK (RCV):                OPTION:  A   SW ADDR:  CITIUS33
   CITIBANK N.A.
   NEW YORK,NY
BENEFICIARY'S BANK (BBK):            OPTION:  D
   BANQUE DU LIBAN ET D OUTRE MER
   SIDON LEBANON
BENEFICIARY (BNF):                   OPTION:  D
   ACCT:  /12 02 44037 728529 1
   SANABIL ASSOCIATION FOR RELIEF AND
   DEVELOPMENT
CHARGES TO (CHG):
   BEN

                                                        FRAME N 17
```

2258          DLGJ26 0000115