# Exhibit C

```
CONTROL REPORT                    10/19/00  22:26:52.58
SEQ NUM:         0010195000772  CREATED: 10/19/00 11:52:11.20
ASSOCIATED SEQ NUM:     001019500919
SOURCE SEQ NUM OR NAME:
CONTROL FLAGS:          105636  040000  041000  000000  000000
MESSAGE SOURCE:
ASSOCIATED COMMLOG:     SWOF    0010191242571700  10/19/00 12:42:57.17
REPEAT CODE:
LAST OPERATOR:          1975A BURROUGH
SEND DATE:              10/19/00
WIRE SERVICE:           SW
DIRECTION:              OUT
CURRENT MODE:           NORMAL
CURRENT QUEUE:
APPLICATION ID:         FIN
FUNCTION CODE:          FUNDS TRANSFER - OUT
SERVICE COMPLETE:       072100  000000
REVIEW RELEASE CODES:
00 - 51- NON-REPT CALLBACK 2ND PIN REQD.    PROCESSED/NORMALLY/MOHAMMAD WAFA YAIS
01 - 63- POSSIBLE OFAC VIOLATION.           NO OFAC MATCH
EXCEPTION CODE:         00000
EXCEPTION ACTION:       00000
HOME ABA:               111000614
CORRESPONDENT ABA:
CORRESPONDENT ENDPOINT ID:   AEIBUS33
CORRESPONDENT COUNTRY:       US
COVERING BANK ENDPOINT ID:   CNORUS33
HOME SWIFT TID:              BONEUS44AXXX
SWIFT MESSAGE TYPE:          100
SWIFT MESSAGE PRIORITY:      02
CORRESPONDENT SWIFT ADDRESS: AEIBUS33
INBOUND SWIFT MOR:           BONEUS44AXXX
SWIFT OR TELEX MIR:          001019BONEUS44AXXX3314968259
CORRESPONDENT TELEX ID:
CORRESPONDENT ANSWERBACK:
OUTBOUND TEST NEEDED FLAG:
TEXT TYPE:              FORMATTED
RBU:                    00
DEBIT ACCOUNT NUMBER:   0001070001258
DEBIT ACCOUNT TYPE:     DD
DEBIT ACCOUNT STATUS:   ON FILE
CREDIT ACCOUNT NUMBER:  0003210151001
CREDIT ACCOUNT TYPE:    GL
CREDIT ACCOUNT STATUS:  ON FILE
DEBIT AMOUNT IN FXC:              31,254.0000
DEBIT AMOUNT IN HOME CURR:        31,254.00
CREDIT AMOUNT IN FXC:             31,254.0000
CREDIT AMOUNT IN HOME CURR:       31,254.00
MESSAGE AMOUNT:                   31,254.0000
DOLLAR AMOUNT:                    31,254.00
EXCHANGE RATE:                     1.000000000 A
CONTRACT CODE:
VALUE DATE:             10/20/00
DEBIT DATE:             10/19/00
CURRENCY:               USD
COMMISSION FLAG:
COMMISSION CHARGE:                      .00
SCISSORED SEGMENT COUNT:  00
PRINT REPORT ID:        COMMLOG
PRINT SPOOLER LOC:      #INTLD
TESTCODE ID:
INBOUND TESTING STATUS:
TESTCODE DATE:          10/19/00
TESTCODE CURRENCY TESTED:  USD
TESTCODE AMOUNT:                  31,254
                                                        FRAME P 14
```

2247  DLGJ26 0000101

```
CONTROL REPORT (CONTD)        10/19/00  22:26
SEQ NUM: (CONT)    0010195QQ772  CREATED: 10/19/00 11:52:11.20
AUTHENTICATION STATUS:
INBOUND MESSAGE AUTH RESULT:
CALCULATED AUTH RESULT:
RECEIPT ACK/NAK STATUS:       ACKED
RECEIPT ACK/NAK COMMKEY:      SWIU   0010191243029900  10/19/00 12:43:02.99
DELIVERY ACK/NAK STATUS:
DELIVERY ACK/NAK COMMKEY:

    TIMESTAMP            OPERATOR         INITS PROCESS   TERMINAL

10/19/00 11:52  271975G PEREZ             GP    #X836     \EUEB6
        CREATED BY THE FUNDS TRANSFER OPERATOR.
10/19/00 12:41  1975A MASON               AM    #X708     \EUEA6
        APPROVAL REQUEST SENT FROM ORF TO EDSPLANO.
10/19/00 12:41                                  #DD1A
        APPROVAL REQUEST APPROVED BY EDSPLANO.
10/19/00 12:42  1975A BURROUGH            AEB   #X762     \EUEA6
        REVIEWED AND APPROVED BY THE REVIEW/RELEASE OPERATOR.
10/19/00 12:42                                  #MCPA
        FORMATTED FOR TRANSMISSION.  COMMKEY - SWOF 0010:912425717
10/19/00 12:42                                  #MCPA
        QUEUED TO THE S.W.I.F.T. INTERFACE FOR TRANSMISSION.
10/19/00 12:42                                  #MCPA
        TRANSMITTED TO S.W.I.F.T. USING SESSION/ISN: 3314/968259
10/19/00 12:43                                  #MCPA
        POSITIVE RECEIPT ACKNOWLEDGEMENT MESSAGE RECEIVED.
10/19/00 12:43                                  #MCPA
        COVER MESSAGE CREATED.
10/19/00 12:43                                  #MCPA
        DOMESTIC TRANSACTION CREATED.
10/19/00 12:43                                  #PRIA
        FULL COMMLOG REPORT ROUTED TO PRINTER AT LOCATION #INTLD

CALLER (SRC):
    HAISSAM MAHMOUD
ORIGINATOR (ORG):
    /0001070001258
    HOLYLAND FOUNDATION GENERAL
    P O BOX 832390
    RICHARDSON, TX 75083
SENDER'S CORRESPONDENT BANK (SCB):    OPTION: A   SW ADDR: CNORUS33
    NORTHERN TRUST INTERNATIONAL BANKIN
    G CORPORATION, THE
    NEW YORK,NY
RECEIVING BANK (RCV):                 OPTION: A   SW ADDR: AEIBUS33
    AMERICAN EXPRESS BANK, LTD.
    NEW YORK,NY
BENEFICIARY'S BANK (BBK):             OPTION: D
    ACCT: /699280
    BAQUE DU LIBAN ET DOUTRE MER
    SIDON LEBANON
BENEFICIARY (BNF):                    OPTION: D
    ACCT: /12 02 44037 728529 1
    SANABIL ASSOC FOR RELIEVE AND DEVEL
    OPMENT
CHARGES TO (CHG):
    BEN
ORIGINAL BENEFICIARY'S BANK (OBK):    OPTION: D
    BAQUE DU LIBAN ET DOUTRE MER
    SIDON LEBANON

                                                    FRAME Q 14
```

DLGJ26 0000102

22