# Exhibit D

**UTLANDSBETALNING**

(40)

**Uppdragsgivare**

AL-AQSA SPANNMÅL STIFTELSE

EL-YOUSEF K
NOBELVÄGEN 79
214 33 MALMÖ

**FÖRENINGSSPARBANKEN AB (publ)**

| Datum | Telefon |
|---|---|
| 2003-04-28 | 040-24 24 90 |

**Uppdragsgivarens person-/org-nr**
00846006-9522

**Handläggare**
CLERN SUSANNE

**Betalningen avser**
HELP CONCERNING ORPHAN CHILDREN

**Kontor**
SÖDERVÄRN

---

**Typ av betalning**
Normal

**Id nummer**
200733

| Utländskt belopp | Valutaslag | Kurs | Pris |
|---|---|---|---|
| 17 000,00 | USD | 8,2850 | SEK 125,00 |

| Motvärde SEK | Utländsk kostnad | Uttag kontonr | Belopp |
|---|---|---|---|
| 140 845,00 | | 8214-9 974.125.088-1 | 140 970,00 |

**Motvärde Euro**                    **Kurs**

---

**Riksbankskod**
510

**Arbitrage-handläggare**

**Betalningsmottagarens bank**
BLOM BANK S.A.L AGENCY SAIDA
ACCOUNT NO USD 8033217235
WITH BANK OF NEW YORK-NY
SWIFT BLOMLBBX

**Betalningsmottagare**
SANABIL ASSOCIATION FOR
RELIEF & DEVELOPMENT
P.O.BOX 431

**Landkod**
LB

**Betalningsmottagarens kontonummer**
012-02(300)0728529-1-4(44037)

För uppgifternas riktighet ansvarar, och, i förekommande fall, uttaget belopp kvitteras:

00:6

*Sidan 140 av 698*



**UTLANDSBETALNING**

Idnr:   **23 30 27**

FÖRENINGSSPARBANKEN AB (publ)

Datum:   2003-05-30

**Uppdragsgivare**
AL-AQSA SPANNMÅL STIFTELSE
EL-YOUSEF K
NOBELVÄGEN 79
214 33 MALMÖ

**Handläggare**
WIRENSTEDT ULRICA
**Telefon**
040-24 24 90

**Uppdragsgivarens person-/org.nr**
00846006-9522

**Kontor**
SÖDERVÄRN



| Belopp | Valutaslag | Kurs | Pris | | |
|---|---|---|---|---|---|
| 36 036,04 | USD | 7,7700 | SEK 125,00 | | |

| Motvärde SEK | Mottagande banks kostnad | Uttag kontonr | | Belopp |
|---|---|---|---|---|
| 280 000,00 | | 8214-9 974.125.088-1 | SEK | 280 125,00 |
| | | | | |

**Motvärde Euro**                    **Kurs**

**Betalningsmottagare**
SANABIL ASSOCIATION FOR
RELEIF AND DEVELOPMENT
P.O. BOX 431

**Meddelande till betalningsmottagaren**
HELP CONCERNING ORPHAN CHILDREN

**Betalningsmottagarens kontonummer**
012-02(300)0728529-1-4(44037)

HEUMAN

**Betalningsmottagarens bank**
BLOM BANK S.A.L. AGENCY SAIDA
ACCOUNT NO USD 8033217235
WITH BANK OF NEW YORK-NY
SWIFT BLOMLBBX

**Landkod**
LB

**Betalningskod**
510

NI vill betala USD 36 036,04 till SANABIL ASSOCIATION FOR kontonummer  012-02(300)0728529-1-4(44037) i bank
BLOM BANK S.A.L. AGENCY SAIDA.
Beloppet SEK 280 125,00 dras från konto 8214-9 974.125.088-1.

Jag/vi har också tagit del av Allmänna villkor för Utlandsbetalning.

För uppgifternas riktighet ansvarar, och, i förekommande fall, uttaget belopp kvitteras:

03:3

*Sidan 135 av 698*