FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAY 28 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAL HONICKMAN, et al.,

            Plaintiffs,

  -against-

BLOM BANK SAL,

            Defendant.

---

Case No. 19-cv-00008 (KAM)(SMG)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Arie Miller, by and through the undersigned counsel, hereby gives notice that he is voluntarily dismissing his claims against the Defendant BLOM Bank SAL without prejudice.

Dated: May 22, 2019
       Hackensack, NJ

By:   /s/ Gary M. Osen
**OSEN LLC**
Gary M. Osen, Esq.
2 University Plaza, Suite 402
Hackensack, New Jersey 07601
Telephone: (201) 265-6400

**ZUCKERMAN SPAEDER LLP**
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

5/22/19

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
Kiyo A. Matsumoto
U.S. District Judge

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

**KOHN, SWIFT & GRAF, P.C.**
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

Attorneys for Plaintiffs