# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand twenty.

ROSEMARY S. POOLER,
RICHARD C. WESLEY,
SUSAN L. CARNEY,
      *Circuit Judges.*

---

Michael Honickman, Individually
and for the Estate of Howard Goldstein, et al,

      *Plaintiffs-Appellants*,

v.            No. 20-575-cv

BLOM Bank, SAL,

      *Defendant-Appellee.*

---

It is hereby ORDERED that a decision in this appeal be held in abeyance pending the decision in *Reuvane*, *et al.* v. *Lebanese Canadian Bank*, *SAL*, No. 19-3522-cv. It is further ORDERED that thirty days after the opinion in *Reuvane* issues, each party shall submit a letter brief, not to exceed fifteen pages double-spaced pages, limited to the issue of how *Reuvane* applies to this case.

      FOR THE COURT:
      Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/17/2020