CLOSED

# U.S. District Court
# Northern District of New York - Main Office (Syracuse) [NextGen CM/ECF Release 1.6 (Revision 1.6.2)] (Albany)
# CIVIL DOCKET FOR CASE #: 1:95-cv-01417-LEK-RFT

Le Blanc, et al v. Cleveland, et al

Assigned to: Senior Judge Lawrence E. Kahn
Referred to: Magistrate Judge Randolph F. Treece
Demand: $2,000,000
Case in other court:  SDNY, 95-cv-2125
                             97-09389
                             98-09020
Cause: 28:1333 Admiralty

Date Filed: 10/04/1995
Date Terminated: 07/15/2003
Jury Demand: Defendant
Nature of Suit: 340 Marine
Jurisdiction: Federal Question

## Plaintiff

**Etoile Le Blanc**

represented by **Paul S. Edelman**
Kreindler & Kreindler LLP
750 Third Avenue, 32nd Floor
New York, NY 10017
212-687-8181
Fax: 212-972-9432
Email: pedelman@kreindler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd J. Krouner**
Office of Todd J. Krouner
93 North Greeley Avenue
Suite 100
Chappaqua, NY 10514
914-238-5800
Fax: fax 914-238-1464
Email: tkrouner@krounerlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Stephen Ossen**
*TERMINATED: 07/25/2001*

represented by **Paul S. Edelman**
(See above for address)
*TERMINATED: 07/25/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd J. Krouner**
(See above for address)
*TERMINATED: 07/25/2001*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Terry Cleveland**<br>*TERMINATED: 03/20/2002* | represented by | **Mark D. Orloff**<br>Office of Mark D. Orloff<br>P.O. Box 386<br>155 Main Street<br>Goshen, NY 10924<br>914-294-8974<br>Fax: N/A<br>*TERMINATED: 03/20/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Robert Grant, Jr.**<br>*TERMINATED: 07/25/2001* | represented by | **Johnson S. Albright , II**<br>Burke, Albright Law Firm<br>1800 Hudson Avenue<br>Rochester, NY 14617<br>585-342-4410<br>Fax: 585-342-4514<br>Email: albright@rochesterlawyer.com<br>*TERMINATED: 07/25/2001*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **JRD Retailers Limited**<br>*doing business as*<br>Syd and Dusty's Outfitters | represented by | **E. David Duncan**<br>Office of E. David Duncan<br>112 State Street<br>Suite 1200<br>Albany, NY 12207<br>518-463-2196<br>Fax: 518-432-4847<br>Email: duncanandduncan@verizon.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

**Terry Cleveland**
*TERMINATED: 07/25/2001*

V.

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Syd & Dusty's Outfitters** | represented by | **E. David Duncan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | |
|---|---|
| **Robert Grant, Jr.**<br>*TERMINATED: 03/20/2002* | represented by **Johnson S. Albright , II**<br>(See above for address)<br>*TERMINATED: 03/20/2002*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**ThirdParty Defendant**

| | |
|---|---|
| **J.R.D., LTD**<br>*doing business as*<br>SYD and Dusty's Outfitters | represented by **E. David Duncan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/04/1995 | | Original file, certified copy of transfer order and docket sheet received from District of Southern Dist of N.Y. (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 1 | COMPLAINT filed (IN SDNY 3/29/95). (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 2 | Rule 9 Certificate filed by Etoile LeBlanc, Stephen Ossen. (Filed in SDNY on 3/29/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 3 | RETURN OF SERVICE ast to Terry Cleveland, Robert Gant Jr. By James Tebbutt on 4/19/95; Answer due on 5/9/95 for Terry Cleveland, for Robert Gant Jr. Cleveland was served personally at 101 Angel Rd., Corinth , NY 12822 & Gant Jr. was served personally at 45 2nd. Avenue, Hadley, NY 12835. (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 4 | MOTION by Robert Gant Jr. for Johnson A. Albright to Appear Pro Hac Vice . (filed in SDNY 5/8/95). (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 5 | ANSWER to Complaint by Robert Gant Jr. (Attorney Johnson S. Albright II); firm of Burke, Grossman, Valenti & Rzepka (Filed in SDNY 5/8/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 6 | VERIFIED ANSWER to Complaint by Terry Cleveland (Attorney Marc D. Orloff), FILED In SDNY 5/25/95. (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 7 | REQUEST and ORDER, to Extend Time for Deft. Terry Cleveland's time to appear, and to answer, amend, or supplement the answer as of course or to make any motion with relation to the summons or to the complaint is extended to and including the 31st day of May, 1995 ( By Hon. Parker SDNY) Filed in SDNY 5/26/95. (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 8 | MOTION by Terry Cleveland to Dismiss Motion returnable 6/26/95 @ 9:30am (Filed in SDNY 6/2/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 9 | MEMORANDUM by Etoile Le Blanc, Stephen Ossen in opposition to Motion for Change of Venue. (Filed in SDNY 6/14/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 10 | AFFIRMATION in Opposition of Paul S. Edelman by Etoile Le Blanc & Stephen Ossen Re: motion to transfer case to the NDNY. (filed in SDNY on 6/14/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 11 | REPLY AFFIRMATION by Marc D. Orloff, Esq. on behalf of Terry Cleveland in support of motion to dismiss or that this action be transferred to the NDNY. (Filed in SDNY on 6/22/95) (fce) (Entered: 10/04/1995) |

| | | |
|---|---|---|
| 10/04/1995 | 12 | ORDER, for Pro Hac Vice Admission of Johnson S. Albright II. ( Signed by Hon. Parker, SDNY) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 13 | THIRD-PARTY COMPLAINT by Terry Cleveland against Syd & Dusty's. (Filed in SDNY 7/31/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 14 | AFFIDAVIT OF SERVICE as to Syd & Dusty's Outfitters. (Filed in SDNY 9/7/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | 15 | MEMORANDUM, DECISION & ORDER granting [8-1] motion to Dismiss... Deft's motion to transfer is GRANTED. The Clerk of the Court is hereby directed to transfer the action to the NDNY.( Hon. Parker) (Filed in SDNY 9/22/95) (fce) (Entered: 10/04/1995) |
| 10/04/1995 | | CASE REFERRED to Magistrate Judge David N. Hurd (fce) (Entered: 10/04/1995) |
| 10/04/1995 | | Filing Order Issued; Conference set before Magistrate Judge David N. Hurd in Albany, Status Conference at 1:00 1/31/95 , Deadline for filing Case Management Plan, 1/21/95 (fce) (Entered: 10/04/1995) |
| 10/04/1995 | | A SECOND CASE WILL BE FORTHCOMING FROM THE SOUTHERN DISTRICT OF N.Y. AT THAT TIME THER WILL BE MOST LIKELY A MOTION TO CONSOLIDATE. (fce) (Entered: 10/04/1995) |
| 10/26/1995 | 16 | ANSWER by Syd & Dusty's (Attorney Belinda A. Wagner) to [13-1] third-party complaint (wjg) (Entered: 10/27/1995) |
| 02/05/1996 | 17 | Minute entry: 2/1/96 Rule 16 Teleconf. w/MJ Hurd. Action to be consolidated w/companion action pending in the SDNY when transferred. 3rd pty action to be commenced w/in 30 days. Paul Edelman & Todd Krouner for pltfs, John Dupee for deft Cleveland, Johnson Albright & Stephen O'Neill for deft Grant, E. David Duncan for 3rd pty deft Syd & Dusty. CMO to be issued. Court Reporter/ECRO: None (cmr) (Entered: 02/05/1996) |
| 02/09/1996 | 18 | Uniform Pretrial Order; Trial Ready by: 2/26/97; Length of Trial 10 days; Trial Location: Syracuse, NY; Joining of Parties Deadline 4/1/96 ; Amending of Pleadings Deadline 5/1/96 ; Discovery Deadline 11/1/96 ; Motion Filing Deadline 1/15/97 ; Jury Trial Deadline 3/3/97, at 9:30 a.m. ; ( Signed by: Magistrate Judge David N. Hurd dd 2/6/96 ) (fce) (Entered: 02/09/1996) |
| 03/26/1996 | 19 | THIRD-PARTY COMPLAINT by Robert Grant Jr. against J.R.D., LTD d/b/a JYD and Dusty's Outfitters; jury demand; Service deadline 5/25/96 for J.R.D., LTD (jmb) (Entered: 03/26/1996) |
| 03/26/1996 | | THIRD PARTY SUMMONS(ES) issued for J.R.D., LTD (jmb) (Entered: 03/26/1996) |
| 04/05/1996 | 20 | Atty Edelman's REQUEST and ORDER,granting reset Joining of Parties Deadline to 7/1/96 , reset Amended Pleadings deadline to 7/1/96 ( signed by Magistrate Judge David N. Hurd dd 4/5/96) (fce) (Entered: 04/05/1996) |
| 04/29/1996 | 21 | WAIVER OF SERVICE Returned Executed as to J.R.D., LTD through E. David Duncan, Esq., wavier mailed on 4/17/96; Answer due on 6/16/96 for J.R.D., LTD (jmb) (Entered: 04/29/1996) |
| 05/06/1996 | 22 | Consent REQUEST and ORDER, granting to Substitute Attorney terminated Belinda A. Wagner. Added Law Firm of Duncan and O'Leary, 112 State Street, Albany, NY 12207. Signed by Mag. Hurd dd 5/3/96 (fce) (Entered: 05/06/1996) |
| 06/27/1996 | 23 | LETTER dated 6/10/96 of Paul S. Edelman, Esq., on behalf of Stephen Ossen, Etoile Le Blanc pursuant to General Order #41 regarding Motion: to Dismiss the limitation action |

| | | served. (jmb) (Entered: 06/27/1996) |
|---|---|---|
| 07/01/1996 | 24 | Minute entry: 6/26/96 Teleconf. w/MJ Hurd. Action may be consolidated w/1:96-CV-582 upon motion of counsel. App. Paul Edelman for LeBlance & Ossen, Jeanne Bonney for Cleveland, Johnson Allbright for Grant, Eileen Pfeiffer for Syd & Dusty. Court Reporter/ECRO: None (cmr) (Entered: 07/01/1996) |
| 07/10/1996 | 25 | LETTER of Johnson S. Albright II on behalf of Robert Grant Jr. pursuant to General Order #41 regarding opposition papers to Motion: Dismiss served. (fce) (Entered: 07/11/1996) |
| 07/15/1996 | 26 | MOTION by Stephen Ossen, Etoile Le Blanc to Strike [5-1] answer; specifically the affirmative defense of deft. Grant , Hearing set for 10:00 AM on 8/22/96; Motion returnable before Judge: Scullin (jmb) (Entered: 07/17/1996) |
| 07/15/1996 | 27 | MEMORANDUM OF LAW by Stephen Ossen, Etoile Le Blanc in support of [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant (jmb) (Entered: 07/17/1996) |
| 07/15/1996 | 28 | RESPONSE AFFIDAVIT by Robert Grant Jr., through Johnson S. Albright, Esq., in opposition to [26-1] motion to Strike [5-1] answer; specifically the affirmative of deft. Grant (jmb) (Entered: 07/18/1996) |
| 07/15/1996 | 29 | MEMORANDUM OF LAW by Robert Grant Jr. in opposition to [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant (jmb) (Entered: 07/18/1996) |
| 07/15/1996 | 30 | REPLY BRIEF by Stephen Ossen, Etoile Le Blanc to response to [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant (jmb) (Entered: 07/18/1996) |
| 08/09/1996 | | CASE reassigned to Judge Lawrence E. Kahn (bjw) (Entered: 08/09/1996) |
| 08/12/1996 | 31 | Scheduling Notice by the Court: Motion Hearing reset for 9:30 AM on 9/20/96 in Albany; re: [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant Motion returnable before Judge Lawrence E. Kahn. (jmb) (Entered: 08/12/1996) |
| 08/28/1996 | 32 | LETTER from Todd J. Krouner to Jduge Kahn dated 8/15/96 Re: request to address the issue of a one week adjournment of the trial (presently scheduled for 3/3/97) before 9/30/96 (fce) (Entered: 08/29/1996) |
| 09/20/1996 | 33 | MOTION HEARING Minute entry: Court Reporter/ECRO: Bonnie Buckley Appearances: Paul Edelman, Todd Krouner, Esqs. for the plaintiff (LeBlanc) Johnson Albright, Esq. for the defendant (Grant) Court meets at 10:05 a.m.; Motion to Strike is heard; Trial date previously set is adjourned until March 10, 1997. Decision is reserved. Written Order will follow. (tab) (Entered: 09/20/1996) |
| 09/20/1996 | | Motion hearing re: [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant at 9/20/96 Motion hearing held (tab) (Entered: 09/20/1996) |
| 09/25/1996 | 34 | MEMORANDUM DECISION AND ORDER denying [26-1] motion to Strike [5-1] answer; specifically the affirmative defense of deft. Grant, Plaintiffs' motion for summary judgment dismissing the limitation action is GRANTED--the limitation action 96-cv-582 is DISMISSED ( signed by Judge Lawrence E. Kahn, 9/25/96) (fce) (Entered: 09/26/1996) |
| 10/04/1996 | 35 | Consent ORDER extending deadline for all non-expert discovery to 11/1/96, expert disclosure and reports by 11/15/96, rebuttal experts by 12/1/96, expert depositions to be |

| | | completed by 12/20/96 ; all other scheduling order deadlines remain in effect. ( signed by Magistrate Judge David N. Hurd 10/3/96) [served] (cbm) (Entered: 10/04/1996) |
|---|---|---|
| 01/02/1997 | 36 | Minute entry: 12/30/96 Discovery Teleconf. w/MJ Hurd. Affidavits of pltf & Dr. Kane to be submitted by 1/10/97. Ct. to issue written decision on submissions and addressing request to extend dates for expert disclosure, discovery, etc. App. Todd Krouner for pltf, Jean Bonnie for deft Cleveland, Johnson Albright for deft Grant, Eileen Pfeiffer for deft Syd & Dusty's Court Reporter/ECRO: None (cmr) (Entered: 01/06/1997) |
| 01/14/1997 | 37 | Supporting AFFIDAVIT by Eric D. Caine, MD on behalf of plaintiff Robert Grant, Jr. (fce) (Entered: 01/14/1997) |
| 01/16/1997 | 38 | Letter to the Court from Attorney Todod J. Krouner dd 1/10/97 regarding expert witness disclosure. (fce) (Entered: 01/16/1997) |
| 01/16/1997 | 39 | AFFIDAVIT by Etoile Le Blanc complying with teleconference held on 1/230/96 Re: [36-1] miscellaneous (fce) (Entered: 01/16/1997) |
| 01/16/1997 | 40 | Letter to the Court from Attorney Marc D. Orloff dd 1/13/97 in response to the letter of Attorney Krouner dd 1/10/97. (fce) (Entered: 01/16/1997) |
| 01/16/1997 | 41 | ORDER, directing plaintiff's provide authorizations of the following doctors: Jonathan Silver, M.D.; Montefiore Medical Center; Eric R. Brown, M.D.; Paul Vinsel, D.O.D.; Thomas Kay, Ph.D.; Aleksander Beric, M.D.; and Dorian C. Tergis, M.D. Shall be provided on or before 1/24/97 and defendants shall provide plaintiff's attorneys with copies of any records obtained as a result of the authorizations. ( signed by Magistrate Judge David N. Hurd ) (fce) (Entered: 01/16/1997) |
| 01/29/1997 | 42 | Uniform Pretrial Order; Trial Ready by: 3/10/97; Length of Trial 10 days; Trial Location: Albany; Jury Trial Deadline 3/10/97 ; Pretrial Submissions, Stipulations, Witnesses, Evidentiary Issues, and Trial Briefs are to be filed in duplicate 15 days before trial; Depositions are to be filed 15 days before trial; Counsel are directed to report to the trial judge's chambers at least one-half hour prior to trial commencement; ( Signed by: Judge Lawrence E. Kahn, 1/29/97) (fce) (Entered: 01/31/1997) |
| 01/29/1997 | 43 | NOTICE of Trial Date on 3/10/97 at 9:30 before Judge Kahn in Albany; Pretrial Submissions are to be filed in the Clerk's office by 2/24/97; Counsellors are directed to report to Judge Kahn's Chambers at least one-half hour prior to trial commencement (signed by Courtroom Deputy Susan D. Lustyik, 1/29/97) (fce) (Entered: 01/31/1997) |
| 01/29/1997 | | CASE NO LONGER REFERRED TO Judge Lawrence E. Kahn (cbm) (Entered: 02/06/1997) |
| 01/29/1997 | | CASE REFERRED to Magistrate Judge David N. Hurd (cbm) (Entered: 02/06/1997) |
| 01/30/1997 | 44 | Court's Scheduling Notice:, set Final Pretrial/Settlement Conference for 11:00 2/25/97 before Judge Kahn in Albany ; Parties with full settlement authority are to be readily available during the conference (signed by Courtroom Deputy Susan D. Lustyik, 1/30/97) (fce) (Entered: 01/31/1997) |
| 02/03/1997 | 46 | NOTICE of Change of Address of Todd J. Krouner, Esq. by Stephen Ossen, Etoile Le Blanc (wbl) (Entered: 02/04/1997) |
| 02/04/1997 | 45 | NOTICE of Changer of Address of attorney Todd J. Krouner to 113 King Street, Chappaqua, NY 10514; Telephone number (914) 238-5800 (fce) (Entered: 02/04/1997) |
| 02/06/1997 | 47 | Letter to the Court from Attorney Mark C. Orloff dated 1/13/97 requesting discovery schedule be enlarged and trial date of March 10, l997 be adjourned. (fce) (Entered: 02/06/1997) |

| | | |
|---|---|---|
| 02/06/1997 | 48 | ORDER, l) Defendants are precluded from calling Dr. David Stewart/Smith as an expert witness. 2) defendants may call Dr. Eric Caine as an expert witness providing he files and serves a report by 2/28/97 and 3) Counsel should contact Judge Lawrence E. Kahn's chambers regarding an adjournment of the March l0, 1997 trial date. ( signed by Magistrate Judge David N. Hurd ) (fce) (Entered: 02/06/1997) |
| 02/21/1997 | 49 | Final Pretrial/Sttlmnt conf. Minute entry: Court Reporter/ECRO: none App:Paul Edelman, Esq. and Todd Krouner, Esq. for Plaintiff/Mark D. Ofloff, Esq,; Johnson Albright, Esq. and Eileen Pfeiffer, Esq. for Dft. Court meets at 2:30 p.m. and Adjourns at 3:15-Trial date remains March 10, 1997 and it is NON-Jury. Plaintiff ordered to produce all College, Grad School and Medical records within one week. (fce) (Entered: 02/21/1997) |
| 02/21/1997 | | Deadline updated; set Bench Trial for 9:30 3/10/97 (fce) (Entered: 02/21/1997) |
| 02/24/1997 | 50 | Proposed Findings of Fact and Conclusions of Law by Stephen Ossen, Etoile Le Blanc (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 51 | Proposed Findings of Fact and Conclusions of Law by Robert Grant Jr. (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 52 | Witness list by Robert Grant Jr. (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 53 | Exhibit list by Robert Grant Jr. (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 54 | TRIAL BRIEF by Robert Grant Jr. (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 55 | List of deposition transcripts submitted by defendant Grant (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 56 | TRANSCRIPT of Examination Before Trial of non-party witness Trooper Richard G. Sehlmeyer filed for dates of 9/20/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 57 | TRANSCRIPT of Examination Before Trial of JRD Retailers by its agent John Duncan filed for dates of 9/20/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 58 | TRANSCRIPT of Examination Before Trial of Terry w. Cleveland filed for dates of 5/1/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 59 | TRANSCRIPT of Examination Before Trial of Robert D. Grant, Jr. filed for dates of 3/20/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 60 | TRANSCRIPT of Examination Before Trial of Etoile Le Blanc filed for dates of 3/29/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 61 | TRANSCRIPT of Examination Before Trial of Stephen Ossen filed for dates of 3/29/96 (fce) (Entered: 02/24/1997) |
| 02/24/1997 | 62 | Witness list by Stephen Ossen, Etoile Le Blanc (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 63 | Exhibit list by Stephen Ossen, Etoile Le Blanc (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 64 | TRIAL BRIEF by Stephen Ossen, Etoile Le Blanc (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 65 | TRANSCRIPT of Examination Before Trial of JRD Retailers filed by plaintiffs for dates of 9/20/96 (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 66 | TRANSCRIPT of Examination Before Trial of Terry W. Cleveland filed by plaintiffs for dates of 5/1/96 (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 67 | TRANSCRIPT of Examination Before Trial of non-party witness Trooper Richard G. Sehlmeyer filed by plaintiffs for dates of 9/20/96 (fce) (Entered: 02/25/1997) |

| 02/24/1997 | 68 | TRANSCRIPT of Examination Before Trial of Robert D. Grant, Jr. filed by plaintiffs for dates of 3/20/96 (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 69 | Exhibit list by Syd & Dusty's, J.R.D., LTD (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 70 | Witness list by Syd & Dusty's, J.R.D., LTD (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 71 | Pretrial Stipulation by Syd & Dusty's, Terry Cleveland, Robert Grant Jr., Terry Cleveland, Stephen Ossen, Etoile Le Blanc, Robert Grant Jr., J.R.D., LTD (fce) (Entered: 02/25/1997) |
| 02/24/1997 | 72 | Voir Dire Attachment by Syd & Dusty's, J.R.D., LTD (fce) (Entered: 02/25/1997) |
| 02/26/1997 | 73 | Witness list by Terry Cleveland (fce) (Entered: 02/26/1997) |
| 02/28/1997 | 74 | Proposed Findings of Fact and Conclusions of Law by Terry Cleveland (fce) (Entered: 02/28/1997) |
| 02/28/1997 | 75 | PRETRIAL MEMORANDUM by plaintiffs (fce) (Entered: 02/28/1997) |
| 03/07/1997 | 76 | PRETRIAL MEMORANDUM of Law submitted by E. David Duncan, Esq. (fce) (Entered: 03/10/1997) |
| 03/07/1997 | 77 | FINDINGS OF FACT AND CONCLUSIONS OF LAW submitted by E. David Duncan, Esq. for Third-party defendant JRD Retailers, Ltd. (fce) (Entered: 03/10/1997) |
| 03/18/1997 | 78 | NOTICE from Courtroom Deputy Susan D. Lustyik to Counselors dated 3/18/97 re: advising parties that Mr. Duncan has been granted leave to make his motion to dismiss on grounds of subject matter jurisdiction and shall be filed in accordance with LR 7.1 as amended (fce) (Entered: 03/19/1997) |
| 04/28/1997 | 79 | LETTER REQUEST of Todd J. Krouner dated 4/23/97 and ORDER, defendant JRD Retailers LTD. is directed to serve its moving papers on opposing counsel on or before 5/12/97--the parties shall comply with all provisions of Local Rule 7.1 ( signed by Judge Lawrence E. Kahn, 4/28/97) (fce) (Entered: 05/15/1997) |
| 05/08/1997 | 80 | LETTER REQUEST of E. David Duncan dated 5/8/97 and ORDER, to Extend Time-- third-party defendant JRD Retailers is granted a 7 day extension to 5/21/97 to serve their motion papers ( signed by Judge Lawrence E. Kahn, 5/8/97) (fce) (Entered: 05/15/1997) |
| 05/15/1997 |  | Redocketed nos. 79 and 80 (fce) (Entered: 05/15/1997) |
| 05/19/1997 | 81 | LETTER of E. David Duncan on behalf of J.R.D., LTD, Syd & Dusty's pursuant to Local Rule 7.1(b) regarding Motion: to Dismiss served. (fce) (Entered: 05/19/1997) |
| 07/07/1997 | 82 | LETTER of Johnson S. Albright on behalf of Robert Grant Jr. pursuant to Local Rule 7.1(b) regarding response papers to Motion: to Dismiss served. (fce) (Entered: 07/07/1997) |
| 07/07/1997 | 83 | Letter dated 6/30/97 to Judge Kahn from Paul Edelman, Esq. regarding the point that should Syd and Dusty's urge the defense of release, it was not in the pleadings and thus cannot be accepted. (tab) (Entered: 07/09/1997) |
| 07/11/1997 | 84 | Court's Scheduling Notice:, reset Jury Trial for 9:30 10/27/97 before Judge Kahn in Albany (signed by Courtroom Deputy Susan D. Lustyik, 7/11/97) (fce) (Entered: 07/11/1997) |
| 07/14/1997 | 85 | LETTER of Paul S. Edleman dated 7/11/97 on behalf of Stephen Ossen, Etoile Le Blanc pursuant to Local Rule 7.1(b) regarding opposition papers to Motion: to Dismiss served. (fce) (Entered: 07/15/1997) |

| | | |
|---|---|---|
| 07/14/1997 | 86 | LETTER [copy] from Paul S. Edelman to E. David Duncan dated 7/11/97 RE: requesting that Mr. Duncan forward the original Coast Guard certificate to the Court (copy of certificate attached to letter) (fce) (Entered: 07/15/1997) |
| 07/22/1997 | 88 | MOTION by Syd & Dusty's to Dismiss , Hearing set for 9:30 6/29/97 Motion returnable before Judge/Mag. Judge: Kahn (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 88 | AFFIDAVIT of E. David Duncan by Syd & Dusty's in support of Re: [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 89 | MEMORANDUM by Syd & Dusty's in support of [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 90 | Deft. and 3rd Party Deft. Syd and Dusty's Outifitters Exhibits supporting Motion to Dismiss. (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 91 | AFFIDAVIT Johnson S. Albright, II, by Robert Grant Jr., Robert Grant Jr. in opposition to Re: [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 92 | MEMORANDUM and Proposed Order by Robert Grant Jr., Robert Grant Jr. in opposition to [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 93 | MEMORANDUM and Proposed Order by Stephen Ossen, Etoile Le Blanc in opposition to [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 94 | Certified Report of the Office of Counsel for the Corps of Engineers submitted by Plaintiff. (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 95 | Letter submitted by Plaintiff addressed to Paul S. Edelman, Esq. from the U.S. Coast Guard, dated 7/8/97. (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 96 | Letter submitted by Plaintiff, addressed to Matthew D. Nafus from the U.S. Coast Guard, dated 7/8/97. (wbl) (Entered: 07/25/1997) |
| 07/22/1997 | 97 | REPLY MMEMORANDUM by Syd & Dusty's to response to [88-1] motion to Dismiss (wbl) (Entered: 07/25/1997) |
| 07/23/1997 | 87 | LETTER REQUEST of E. David Duncan dated 7/21/97 and ORDER, for Leave to File Reply Brief ( signed by Judge Lawrence E. Kahn, 7/23/97) (fce) (Entered: 07/23/1997) |
| 07/25/1997 | 98 | Scheduling Notice:, Motion Hearing set for 9:30 9/5/97 re: [88-1] motion to Dismiss , and Response to Motion reset to 8/15/97 for [88-1] motion to Dismiss with Plaintiff's counsel directed to submit an opposing affidavit. (wbl) (Entered: 07/25/1997) |
| 08/11/1997 | 99 | RESPONSE AFFIDAVIT by Todd J. Krouner for Stephen Ossen, Etoile Le Blanc Re: in opposition to [88-1] motion to Dismiss (fce) (Entered: 08/12/1997) |
| 09/23/1997 | 100 | SCHEDULING NOTICE/PRETRIAL ORDER, set Trial Calendar Call for 9:00 10/20/97 before Judge Hillman in Albany--Pretrial papers are due by 10/14/97; Proposed jury instruction are due by 10/20/97 (signed by Visiting Judge Douglas W. Hillman, 9/16/97 (fce) (Entered: 09/26/1997) |
| 09/30/1997 | 101 | Scheduling Notice:, set Final Pretrial/Settlement Conference for 12:00 10/22/97 before Judge Kahn in Syracuse---it will not be necessary for counsel to appear for jUdge Hillman's Calendar Call on 10/20/97 (fce) (Entered: 09/30/1997) |
| 10/01/1997 | 102 | MEMORANDUM DECISION AND ORDER granting [88-1] motion to Dismiss, to Dismiss complaint and third-party complaint ( signed by Judge Lawrence E. Kahn, 10/1/97) (fce) (Entered: 10/01/1997) |
| 10/02/1997 | 103 | JUDGMENT that he JRD's motion to dismiss the complaint is Granted and it is further |

|  |  | ordered that the complaint and third-party complaint are dimissed in accordance with Judge Kahn's Memorandum Decision and Order dated 10/1/97 Date Served: 10/3/97 (fce) (Entered: 10/03/1997) |
|---|---|---|
| 10/02/1997 |  | Case closed (fce) (Entered: 10/03/1997) |
| 10/29/1997 | 104 | NOTICE OF APPEAL of [102-1] Order entered 10/1/97 and [103-1] Judgment entered 10/3/97 by Stephen Ossen, Etoile Le Blanc . FILING FEE $ 105.00 RECEIPT # 34667 Appeal record due on 11/28/97 (fce) (Entered: 10/29/1997) |
| 10/29/1997 |  | Notice of appeal and certified copy of docket to USCA re: [104-1] appeal by Etoile Le Blanc, Stephen Ossen (parties noticed). (fce) (Entered: 10/29/1997) |
| 11/21/1997 | 105 | MOTION by Stephen Ossen, Etoile Le Blanc to Reinstate Plaintiffs' Complaint , to Amend [1-1] complaint , to Discontinue action as to Plaintiff Ossen , Hearing set for 9:30 12/19/97 , Response Deadline 12/5/97 , Reply to Response Deadline 12/12/97 Motion returnable before Judge/Mag. Judge: Kahn in Albany (fce) (Entered: 11/21/1997) |
| 11/21/1997 | 106 | AFFIDAVIT by Todd J. Krouner for Stephen Ossen, Etoile Le Blanc Re: in support of [105-1] motion to Reinstate Plaintiffs' Complaint, in support of [105-2] motion to Amend [1-1] complaint, in support of [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 11/21/1997) |
| 11/21/1997 | 107 | MEMORANDUM OF LAW by Stephen Ossen, Etoile Le Blanc in support of [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 11/21/1997) |
| 11/28/1997 |  | USCA Case Number Re: [104-1] appeal by Etoile Le Blanc, Stephen Ossen USCA NUMBER: 97-9389 (fce) (Entered: 11/28/1997) |
| 11/28/1997 | 108 | Court of Appeals Scheduling Order, re: [104-1] appeal by Etoile Le Blanc, Stephen Ossen ; Appeal record due on 12/12/97 (fce) (Entered: 11/28/1997) |
| 12/02/1997 | 109 | LETTER REQUEST of E. David Duncan dated 12/2/97 and ORDER, Motion Hearing set for 9:30 1/16/98 before Judge Kahn in Albany re: [105-1] motion to Reinstate Plaintiffs' Complaint, set for 9:30 1/16/98 before Jduge Kahn in Albany re: [105-2] motion to Amend [1-1] complaint, set for 9:30 1/16/98 before Judge Kahn in Albany re: [105-3] motion to Discontinue action as to Plaintiff Ossen ( signed by Judge Lawrence E. Kahn, 12/2/97) (fce) (Entered: 12/03/1997) |
| 12/05/1997 | 110 | LETTER from Johnson S. Albright II on behalf of Robert Grant Jr. pursuant to Local Rule 7.1(b) in opposition to: [105-1] motion to Reinstate plaintiff's complaint; [105-2] motion to amend [1-1] complaint; and [105-3] motion to Discontinue action. Defendant's Attorney Johnson S. Albright II served two original copies on Plaintiff's Attorney Todd J. Krouner and copies to all other parties involved. (fce) Modified on 01/20/1998 (Entered: 12/08/1997) |
| 12/10/1997 |  | Certified and transmitted Index to record on appeal to U.S. Court of Appeals: [104-1] appeal by Etoile Le Blanc, Stephen Ossen (fce) (Entered: 12/10/1997) |
| 12/11/1997 | 111 | LETTER REQUEST and ORDER, Response to Motion reset to 1/2/98 for [105-1] motion to Reinstate Plaintiffs' Complaint , Reply to Response to Motion reset to 1/9/98 for [105-1] motion to Reinstate Plaintiffs' Complaint ( signed by Judge Lawrence E. Kahn 12/11/97 ) (fce) (Entered: 12/15/1997) |
| 12/31/1997 | 112 | INDEX TO THE RECORD ON APPEAL. (fce) (Entered: 01/02/1998) |
| 01/09/1998 | 113 | AFFIDAVIT IN OPPOSITION by Johnson S. Albright II, Esq. on behalf of Robert Grant Jr. Re: [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] |

| | | |
|---|---|---|
| | | complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 114 | AFFIDAVIT IN OPPOSITION by Marc D. Orloff, Esq. on behalf of Terry Cleveland Re: [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 115 | AFFIDAVIT IN OPPOSITION by E. David Duncan, Esq. on behalf of Syd & Dusty's, and J.R.D., LTD Re: [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 116 | MEMORANDUM OF LAW by E. David Duncan on behalf of Syd & Dusty's, J.R.D., LTD in opposition to [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 117 | REPLY by Todd J. Krouner , Esq. on behalf of Stephen Ossen, and Etoile Le Blanc to response to [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 118 | REPLY by Etoile Le Blanc to response to [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 119 | REPLY by Stephen Ossen to response to [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen. (fce) (Entered: 01/09/1998) |
| 01/09/1998 | 120 | PlAINTIFFS' REPLY MEMORANDUM OF LAW by Todd J. Krouner, Esq. and pUl S. Edelman, Esq. on behalf of Stephen Ossen, and Etoile Le Blanc in support of [105-1] motion to Reinstate Plaintiffs' Complaint, [105-2] motion to Amend [1-1] complaint, [105-3] motion to Discontinue action as to Plaintiff Ossen (fce) (Entered: 01/09/1998) |
| 01/16/1998 | 121 | Scheduling Notice:, Motion Hearing reset for 11:30 1/21/98 re: [105-1] motion to Reinstate Plaintiffs' Complaint; Motion Hearing reset for 11:30 on 1/21/98 re: [105-2] motion to Amend [1-1] Complaint; and Motion Hearing reset for 11:30 on 1/21/98 re: [105-3] Motion to Discontinue action as to Plaintiff Ossen. (fce) (Entered: 01/20/1998) |
| 01/20/1998 | 122 | LETTER from Johnson S. Albright II on behalf of Robert Grant Jr. pursuant to Local Rule 7.1(b) regarding Supplemental Affidavit in further opposition to Plaintiffs' Motion [105-(1-3)] served. Copies of Supplemental Affidavit have also been forwarded to all other counsel. (fce) Modified on 01/20/1998 (Entered: 01/20/1998) |
| 01/21/1998 | | Transmitted supplemental index to the record on appeal: [104-1] appeal by Etoile Le Blanc, Stephen Ossen. (fce) Modified on 01/23/1998 (Entered: 01/21/1998) |
| 01/21/1998 | 123 | Motion Hearing Minute entry: Court Reporter/ECRO: Theresa Berical App: Todd Krouner, Esq. for pltf and Johnson Albright, Esq. and E. David Duncan, Esq. for Dfts. Decision reserved. (fce) (Entered: 01/26/1998) |
| 01/29/1998 | 124 | ORDER, GRANTING adjournment of USCA Scheduling Order of at least one month for the plaintiffs Le Blanc and Ossen; appellant's brief and Joint Appendix shall be filed by 2/27/98; appellees' briefs shall be filed by 3/27/98; oral argument shall be as early as the week of 4/20/98. (signed by Stanley A. Bass, Staff Counsel for the USCA, on 1/22/98) (fce) Modified on 01/30/1998 (Entered: 01/30/1998) |

| 01/29/1998 | 125 | SUPPLEMENTAL INDEX to the RECORD ON APPEAL received from the USCA, 2nd Cir. (fce) (Entered: 01/30/1998) |
|---|---|---|
| 02/20/1998 | 126 | Certified letter from USCA dd 2/18/98 RE: that the Court noting that an FRAP 4a4 order having been entered in error on 1/22/98. IT IS HEREBY ORDERED that the said order be and it hereby is vacated; and Scheduling Order #3 dd 1/22/98 is in effect. (fce) (Entered: 02/23/1998) |
| 06/23/1998 | 127 | MEMORANDUM-DECISION & ORDER Denying [105-1] motion to Reinstate Plaintiffs' Complaint, Denying [105-2] motion to Amend [1-1] complaint, Denying [105-3] motion to Discontinue action as to Plaintiff Ossen ( signed by Judge Lawrence E. Kahn 6/23/98) (fce) (Entered: 06/25/1998) |
| 07/22/1998 | 128 | NOTICE OF APPEAL by Stephen Ossen, Etoile Le Blanc . FILING FEE $ 105.00 RECEIPT # 38057 Appeal record due on 8/21/98; Appeals Memorandum Decision and Order [127-1] (fce) (Entered: 07/24/1998) |
| 07/22/1998 | | Notice of appeal and certified copy of docket to USCA re: [128-1] appeal by Etoile Le Blanc, Stephen Ossen (parties noticed). (fce) (Entered: 07/24/1998) |
| 09/02/1998 | 129 | Court of Appeals Scheduling Order, re: [128-1] appeal by Etoile Le Blanc, Stephen Ossen ; Appeal record due on 9/14/98. (fce) (Entered: 09/04/1998) |
| 09/02/1998 | | Certified and transmitted Index to the record on appeal to U.S. Court of Appeals: [128-1] appeal by Etoile Le Blanc, Stephen Ossen (fce) (Entered: 09/04/1998) |
| 09/02/1998 | | USCA Case Number Re: [128-1] appeal by Etoile Le Blanc, Stephen Ossen USCA NUMBER: 98-9020 (fce) (Entered: 09/04/1998) |
| 09/14/1998 | 130 | Certified Copy of the Index to the Record on Appeal received from the USCA, 2nd Cir. (fce) (Entered: 09/16/1998) |
| 01/27/1999 | 131 | STIPULATION FOR PARTIAL WITHDRAWL OF APPEAL/JUDGMENT OF USCA (certified copy) Re: [128-1] appeal by Etoile Le Blanc, Stephen Ossen, [104-1] appeal by Etoile Le Blanc, Stephen Ossen that pltfs' claims against said deft., third party pltfs and appellees are discontinued and their appeals are discontinued only as to them; pltfs' claims against JRD Retailers LTD d/b/a/ SYD and Dusty's Outfitters def. third party deft. and appellee remains and appellants' appeals against this appellee, JRD Retailers LTD are not discontinued. (fce) (Entered: 01/27/1999) |
| 01/10/2000 | 132 | JUDGMENT OF USCA (certified copy) Re: [128-1] appeal by Etoile Le Blanc, Stephen Ossen; that the judgment of the district court be and hereby affirmed. (fce) (Entered: 01/11/2000) |
| 07/12/2001 | 133 | JUDGMENT OF USCA (certified copy) Re: that Appellant having filed an itemized and verified bill of costs, it is ordered that each side bear its own costs. (fce) (Entered: 07/12/2001) |
| 07/25/2001 | 134 | JUDGMENT OF USCA (certified copy) Re: that the judgment of the district court is vacated and the case remanded w/instructions in accordance with the opinion. (fce) (Entered: 07/25/2001) |
| 07/25/2001 | | Case reopened, pursuant to Mandate [134-1] dd 5/4/01 (received by the court on 7/25/01) from the USCA, 2nd Cir. (fce) (Entered: 07/25/2001) |
| 07/25/2001 | 135 | AMENDED COMPLAINT by Etoile Le Blanc against JRD Retailers, Limited, Answer due 8/4/01 for JRD Retailers, Limited , amends [1-1] complaint. (fce) (Entered: 07/25/2001) |
| 08/22/2001 | 136 | Scheduling Notice: set Status Conference for 11:00 on 10/1/01 b/f USDJ Kahn in Albany. |

| | | (fce) (Entered: 08/23/2001) |
|---|---|---|
| 09/17/2001 | 137 | ORDERED that pltf's Rule 60(b) motion to vacate 10/2/97 judgment and to reinstate her complaint is granted; vacating [103-1] judgment order, vacating [102-1] order to Dismiss complaint and third-party complaint; that pltf's Rule 21 motion to drop co-pltf is granted; and that pltf.'s Rule 15 motion to amend her complaint is granted. ( signed by Judge Lawrence E. Kahn on 9/17/01) (fce) (Entered: 09/18/2001) |
| 09/24/2001 | 138 | LETTER REQUEST by Todd Krouner and ORDER of USDJ Kahn granted to reset Status Conference for 11:00 on 12/18/01 ( signed by Judge Lawrence E. Kahn on 9/21/01) (fce) (Entered: 09/25/2001) |
| 12/17/2001 | 139 | LETTER from Johnson S. Albright, II to Judge Kahn dated 12/14/01 re: informing the Court he will not be attending the conference set for 12/18/01 since his clien, Robert Grant, Jr., has settled the action with Etoile LeBlanc and Stephen Ossen (fce) (Entered: 12/18/2001) |
| 12/18/2001 | 140 | Minute entry: STATUS CNF BEFORE USDJ KAHN ON 12/18/01: APP-Todd Krouner, Paul Edelman and E. David Duncan, Esqs.; CRD-S. Snyder; parties request ext. of discovery ddls; pltf has until 1/16/02 to disclose any expert supplemental reports. The defense has to 2/13/02 to respond; the new jury trial date is 3/13/02 @ 9:30; the new final pretrial date is 2/27/02 @ 11:00. (wjg) (Entered: 12/19/2001) |
| 12/18/2001 | | Status conference held (wjg) (Entered: 12/19/2001) |
| 12/18/2001 | | Deadline updated; reset Jury Trial for 9:30 3/13/02 , and reset Final Pretrial Conference for 11:00 2/27/02 (wjg) (Entered: 12/19/2001) |
| 01/07/2002 | 141 | ANSWER to Complaint by JRD Retailers, Limit (Attorney E. David Duncan),; jury demand (fce) (Entered: 01/07/2002) |
| 01/29/2002 | 142 | REJECTION ORDER as to the return of deft's notice of depo. and first request for interr. (signed by Judge Lawrence E. Kahn 1/28/02) Date Entered: 1/29/02 (fce) (Entered: 01/29/2002) |
| 02/13/2002 | 143 | LETTER to Todd Kroumer from E. David Duncan re: that Mr. Duncan will move to compel discovery and then move for disp. motion. (fce) (Entered: 02/13/2002) |
| 02/19/2002 | 144 | LETTER to USDJ Kahn from Todd Krouner re: objecting to Atty. David Duncan's request for non-expert disclosure. (fce) (Entered: 02/19/2002) |
| 02/26/2002 | 145 | ORDER REFERRING CASE to Magistrate Judge Randolph F. Treece (signed by Judge Lawrence E. Kahn on 2/26/02) (fce) (Entered: 02/27/2002) |
| 02/26/2002 | 146 | LETTER REQUEST by E. David Duncan and ORDER of USDJ Kahn adjourned w/o date the Pretrial Conference , and the Jury Trial ( signed by Judge Lawrence E. Kahn on 2/26/02) (fce) (Entered: 02/27/2002) |
| 03/28/2002 | 147 | NOTICE/ORDER, set Telephone-Discovery Conference for 3:30 3/21/02 b/f USMJ Treece; chambers to initiate call. (signed by Magistrate Judge Randolph F. Treece ) Date Entered: 3/28/02 (fce) (Entered: 03/28/2002) |
| 03/28/2002 | 148 | ORDER, to Amend [18-1] order uniform pretrial , reset Discovery deadline to 6/25/02 , reset Motion Filing deadline to 9/25/02 , reset trial ready deadline for 9/25/02 ; deft. to submit R-26 expert disclosure on liability on 4/25/02, and R-26 expert medical report by 5/25/02; pltf's rebuttal expert on liability due by 5/25/02, and deft's rebuttal on medical due 6/5/02. ( signed by Magistrate Judge Randolph F. Treece ) Date Entered: 3/28/02 (fce) (Entered: 03/28/2002) |
| 03/28/2002 | 149 | Minute entry: Tele-Disc. Conf. held b/f USMJ Treece; appr. by P. Edelman and T. |

| | | |
|---|---|---|
| | | Krouner for pltf. and E. Duncan for 3rd party Syd & Dusty's Outfitters; order amending ddls issued. (fce) (Entered: 03/28/2002) |
| 05/06/2002 | 150 | ORDER, to Amend [42-1] order uniform pretrial that JRD Ltd. may file medical expert reports as required by FRCP 26(2) on or b/f 6/25/02. (signed by Magistrate Judge Randolph F. Treece on 5/3/02) (fce) (Entered: 05/07/2002) |
| 06/20/2002 | 151 | REQUEST and ORDER granting a request for an extension of time to submit expert medical report until 7/3/02. ( signed by Magistrate Judge Randolph F. Treece ) (tab) (Entered: 06/26/2002) |
| 08/20/2002 | 152 | MOTION by Syd & Dusty's for Sanctions for failure to comply with court ordered discovery , Hearing set for 9:30 10/3/02 , Response Deadline 9/18/02 Motion returnable before Mag. Judge: Treece. (fce) (Entered: 08/20/2002) |
| 08/20/2002 | 152 | AFFIDAVIT IN SUPPORT by E. David Duncan on behalf of Syd & Dusty's Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 08/20/2002) |
| 08/20/2002 | 152 | MEMORANDUM OF LAW by Syd & Dusty's in support of [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 08/20/2002) |
| 08/20/2002 | 153 | Scheduling Notice:, Motion Hearing set for 9:30 10/3/02 re: [152-1] motion for Sanctions for failure to comply with court ordered discovery , Response to Motion reset to 9/18/02 for [152-1] motion for Sanctions. (fce) (Entered: 08/20/2002) |
| 08/26/2002 | 154 | AFFIDAVIT IN OPPOSITION by Paul Edelman on behalf of Etoile Le Blanc Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 08/27/2002) |
| 08/27/2002 | 154 | AFFIDAVIT IN OPPOSITION by Kerri Verniero on behalf of Etoile Le Blanc Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 08/27/2002) |
| 08/29/2002 | 155 | SUPPLEMENTAL AFFIDAVIT IN OPPOSITION by Kerri Verniero on behalf of Etoile Le Blanc Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 08/30/2002) |
| 09/03/2002 | 157 | LETTER from Sara Duncan on behalf of Syd & Dusty's, JRD Retailers, Limit pursuant to Local Rule 7.1(b) regarding Motion: summary judgment Date Served upon counsel: 9/3/02 (fce) (Entered: 09/05/2002) |
| 09/03/2002 | 161 | MOTION by Syd & Dusty's, JRD Retailers, Limit for Summary Judgment , Hearing set for 9:30 10/18/02 Motion returnable before Judge: Kahn. This motion was received by the court on 9/24/02, but considered filed as of 9/3/02, pursuant to the CJRA Reporting requirements instituted March 1, 2000. (fce) (Entered: 09/25/2002) |
| 09/05/2002 | 156 | REJECTION ORDER as to the return of deft's notice of motion for summary judgment and supporting papers because of not being in compliance w/ LR 7.1(b)(1). (signed by Judge Lawrence E. Kahn on 9/2/02) Date Entered: 9/5/02 (fce) (Entered: 09/05/2002) |
| 09/12/2002 | 158 | MEMORANDUM OF LAW by Etoile Le Blanc in opposition to [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 09/13/2002) |
| 09/12/2002 | 159 | LETTER from Paul Edelman on behalf of Etoile Le Blanc pursuant to Local Rule 7.1(b) regarding opposition to motion for summary judgment; Date Served upon counsel: 9/10/02 (fce) (Entered: 09/13/2002) |
| 09/19/2002 | 160 | LETTER REQUEST by Sara Duncan and ORDER of USMJ Treece granted to accept reply papers to the pending motion for sanctions. [no ddl set] (signed by Magistrate Judge |

| | | Randolph F. Treece on 9/18/02) (fce) (Entered: 09/19/2002) |
|---|---|---|
| 09/24/2002 | 161 | Statement of Material Facts in Support of [161-1] motion for Summary Judgment filed by Syd & Dusty's, J.R.D., LTD (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 161 | AFFIDAVIT IN SUPPORT by Syd & Dusty's, J.R.D., LTD Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 162 | MEMORANDUM OF LAW by Syd & Dusty's, J.R.D., LTD in support of [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 163 | AFFIDAVIT IN SUPPORT by John Duncan on behalf of Syd & Dusty's, J.R.D., LTD Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 164 | AFFIDAVIT IN SUPPORT by John Cameron on behalf of Syd & Dusty's, J.R.D., LTD Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 165 | MEMORANDUM OF LAW by Etoile Le Blanc in opposition to [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 166 | REPLY MEMORANDUM OF LAW by Syd & Dusty's, J.R.D., LTD to response to [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 167 | REPLY AFFIDAVIT IN SUPPORT by E. David Duncan on behalf of Syd & Dusty's, J.R.D., LTD Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/24/2002 | 168 | REPLY AFFIDAVIT IN SUPPORT by John Duncan on behalf of Syd & Dusty's, J.R.D., LTD Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/25/2002 | 169 | AFFIDAVIT IN OPPOSITION by Paul S. Edelman on behalf of Etoile Le Blanc Re: [161-1] motion for Summary Judgment. (fce) (Entered: 09/25/2002) |
| 09/25/2002 | 170 | Pltf's Statement of Material Facts in OPPOSITION to [161-1] motion for Summary Judgment. (Stricken pursuant to Order [174-1] of USDJ Kahn on 10/18/02) (fce) Modified on 10/18/2002 (Entered: 09/25/2002) |
| 09/25/2002 | 171 | SUPPLEMENTAL AFFIDAVIT IN OPPOSITION by Paul Edelman on behalf of Etoile Le Blanc Re: [161-1] motion for Summary Judgment. (Stricken pursuant to Order [174-1] of USDJ Kahn on 10/18/02) (fce) Modified on 10/18/2002 (Entered: 09/25/2002) |
| 09/26/2002 | 172 | REPLY AFFIDAVIT by E. David Duncan on behalf of Syd & Dusty's, J.R.D., LTD Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 09/26/2002) |
| 09/26/2002 | 173 | REPLY AFFIRMATION/AFFIDAVIT by William B. Head, Jr., MD, on behalf of Syd & Dusty's, J.R.D., LTD Re: [152-1] motion for Sanctions for failure to comply with court ordered discovery. (fce) (Entered: 09/26/2002) |
| 10/18/2002 | 174 | ORDER striking docs. [171-1] and [170-1]. (signed by Judge Lawrence E. Kahn ) Date Entered: 10/17/02 (fce) (Entered: 10/18/2002) |
| 10/21/2002 | 175 | LETTER to USDJ Kahn from E. David Duncan dd 10/17/02 re: in response to the 10/15/02 letter of Mr. Edelman wherein he denies that pltf's supplemental affidavit is in essence a sur reply. (fce) (Entered: 10/23/2002) |
| 10/28/2002 | 176 | LETTER REQUEST by Todd Krouner and ORDER of USDJ Kahn denied the request to reconsider the order that strikes certain pltf's submissions. (signed by Judge Lawrence E. Kahn on 10/25/02) (fce) (Entered: 10/28/2002) |
| 07/15/2003 | 177 | MEMORANDUM-DECISION & ORDER granting [161-1] motion for Summary Judgment and dismissing action in its entirety. ( signed by Judge Lawrence E. Kahn ) |

| | | |
|---|---|---|
| | | Date Entered: 7/15/03 (wjg) (Entered: 07/15/2003) |
| 07/15/2003 | 178 | JUDGMENT dismissing action in its entirety, in accordance with the Memo-decision & Order of the Hon. Lawrence E. Kahn, USDJ, dd 7/15/03. Date Served: 7/15/03; Date Entered: 7/15/03 (wjg) (Entered: 07/15/2003) |
| 07/15/2003 | | Case closed (wjg) (Entered: 07/15/2003) |
| 09/08/2003 | 179 | ORDER denying defendant's [152-1] motion for Sanctions for failure to comply with court ordered discovery (signed by Magistrate Judge Randolph F. Treece on 9/8/03) (jel) (Entered: 09/09/2003) |
| 09/30/2003 | 180 | MOTION by E. David Duncan, Esq., for JRD Retailers, Limit for Reconsideration of [179-1] order Motion returnable before Judge/Mag. Judge: Randolph F. Treece (jel) (Entered: 10/03/2003) |
| 09/30/2003 | 181 | ORDER denying [180-1] motion for Reconsideration of [179-1] order (signed by Magistrate Judge Randolph F. Treece on 9/29/03) (jel) (Entered: 10/03/2003) |
| 01/30/2007 | | Federal Records Center Information for CLOSED CASE: Accession 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 Box 5 and 6 of 20 Location G 05-11-05-4 (pta ) Modified on 1/30/2007 added additional box (pta ). (Entered: 01/30/2007) |