# EXHIBIT B

## Michael Radine

| | |
|---|---|
| **From:** | Michael Radine |
| **Sent:** | Monday, December 6, 2021 3:23 PM |
| **To:** | Goldstein, Linda; Ari Ungar; Gary Osen; Aaron Schlanger; Dina Gielchinsky |
| **Cc:** | McGinley, Michael; Romeo, Justin M.; Brown, Selby; Mallat, Tamer |
| **Subject:** | RE: Honickman, et al. v. BLOM Bank SAL, 19-cv-00008-KAM-SMG -- Letter to Judge Matsumoto |

Counsel:

Thank you for bringing this to our attention. We agree that the filings in the district court occurred in the sequence you have described in your draft letter, and we are happy to write to the Court to correct the record in this respect. However, we disagree that the error in our brief's recitation of *LeBlanc*'s procedural history constitutes a "material misstatement" in that the sequencing you describe does not, in our view, change the Circuit's analysis in *LeBlanc* or our description of that analysis.

Please advise whether you would like us to write to the court, set forth the sequence you describe and note the error in the brief.

Regards,


Michael Radine
Attorney at Law

**OSEN LLC**
190 Moore Street, Suite 272
Hackensack, NJ 07601 / USA
Telephone 201.265.6400
Facsimile 201.265.0303
mradine@osenlaw.com
www.osenlaw.com


**CONFIDENTIALITY NOTICE:** The information contained in this electronic mail communication is intended only for the individual or entity to whom it is addressed. It may contain privileged and confidential information that is exempt from disclosure by law and if you are not the intended recipient you may not copy, distribute or take any action in reliance upon it. If you have received this e-mail transmission in error, please notify our office immediately by e-mail or by telephone. Thank you for your cooperation. OSEN LLC - Attorneys at Law.

---

**From:** Goldstein, Linda <Linda.Goldstein@dechert.com>
**Sent:** Monday, December 6, 2021 10:46 AM
**To:** Michael Radine <mradine@osenlaw.com>; Ari Ungar <aungar@osenlaw.com>; Gary Osen <gosen@osenlaw.com>; Aaron Schlanger <aschlanger@osenlaw.com>; Dina Gielchinsky <dgielchinsky@osenlaw.com>
**Cc:** McGinley, Michael <Michael.McGinley@dechert.com>; Romeo, Justin M. <Justin.Romeo@dechert.com>; Brown, Selby <selby.brown@dechert.com>; Mallat, Tamer <Tamer.Mallat@dechert.com>
**Subject:** Honickman, et al. v. BLOM Bank SAL, 19-cv-00008-KAM-SMG -- Letter to Judge Matsumoto

1

Dear counsel,

We have prepared a letter to Judge Matsumoto advising the court of an error in the discussion of the procedural history of *LeBlanc v. Cleveland* in your reply brief.  A copy of the draft letter, together with a copy of the NDNY docket confirming the sequence of filings, is attached.  Please let us know by 4 PM today whether you agree with our draft letter's recitation of the sequence of filings in *LeBlanc v. Cleveland*.  If you disagree with the chronology as stated in our draft, please explain why, with references to the NDNY docket sheet.

Kind regards,

Linda


**Linda C. Goldstein**

**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
+1 212 698 3817 Direct
+1 917 613 3562 Mobile
+1 212 698 0684 Fax
linda.goldstein@dechert.com
dechert.com

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.