UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAL HONICKMAN FOR THE ESTATE
OF HOWARD GOLDSTEIN *et al.*,

           Plaintiffs,

  -against-

BLOM BANK SAL,

           Defendant.

Case No. 19-cv-00008 (KAM)(SMG)

---

# NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Second Circuit from a Memorandum and Order entered in this action on the 8th day of April, 2022 (Docket No. 77), denying Plaintiffs' motion for vacatur pursuant to Rule 60(b)(6) of the District Court's January 14, 2020 Memorandum and Order granting Defendant's motion to dismiss (Docket No. 44) and the Judgment dismissing Plaintiffs' claims entered on the 15th day of January, 2020 (Docket No. 45).

Dated: May 6, 2022

           Respectfully Submitted,

           **OSEN LLC**

           /s/ Michael J. Radine
           Michael J. Radine, Esq.
           Gary M. Osen, Esq.
           Ari Ungar, Esq.
           Aaron Schlanger, Esq.
           Dina Gielchinsky, Esq.
           190 Moore Street, Suite 272
           Hackensack, NJ 07601
           Telephone: (201) 265-6400

**ZUCKERMAN SPAEDER LLP**
Shawn P. Naunton, Esq.
485 Madison Avenue, 10th Floor
New York, NY 10022
Telephone: (646) 746-8655

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner, Esq.
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Telephone: (501) 791-2277

**KOHN, SWIFT & GRAF, P.C.**
Steven M. Steingard, Esq.
Stephen H. Schwartz, Esq.
Neil L. Glazer, Esq.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700

Attorneys for Plaintiffs