UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAL HONICKMAN FOR THE ESTATE OF HOWARD GOLDSTEIN, et al.<br><br>-against-<br><br>BLOM BANK SAL | Case No. 1:19-cv-00008-KAM-SMG |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of plaintiffs in *Michal Honickman for the Estate of Howard Goldstein, et al. v. Blom Bank Sal*. I am admitted to practice in this Court.

Dated: June 21, 2022

*/s/ Zahra R. Dean*
Zahra R. Dean
NY State Bar No.: 5554191
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
zdean@kohnswift.com
(215) 238-1700

## CERTIFICATE OF SERVICE

I, Zahra R. Dean, hereby certify that on June 21, 2022, the foregoing *Notice of Appearance* was filed electronically with the Court's ECF system, which sends electronic notice to counsel of record for all parties.

/s/ Zahra R. Dean