# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-five.

Before:  Dennis Jacobs,
              Richard C. Wesley,
              Beth Robinson,
                    *Circuit Judges.*

Michal Honickman, Individually and for the Estate of Howard Goldstein, Eugene Goldstein, Lorraine Goldstein, Richard Goldstein, Barbara Goldstein Ingardia, Michael Goldstein, Chana Freedman, David Goldstein, Moses Strauss, Philip Strauss, Bluma Strauss, Ahron Strauss, Roisie Engelman, Joseph Strauss, Tzvi Weiss, Leib Weiss, Individually and for the Estate of Malka Weiss, Yitzchak Weiss, Yeruchaim Weiss, Esther Deutsch, Matanya Nathansen, Individually and for the Estate of Tehilla Nathansen, Chana Nathansen, Individually and for the Estate of Tehilla Nathansen, Yehudit Nathansen, S.N., a minor, Hezekial Toporowitch, Pearl B. Toporowitch, Yehuda Toporowitch, David Toporowitch, Shaina Chava Nadel, Blumy Rom, Rivka Pollack, Rachel Potolski, Ovadia Toporowitch, Tehilla Greiniman, Yisrael Toporowitch, Yitzchak Toporowitch, Harry Leonard Beer, Individually and as the executor of the Estate of Alan Beer and Anna Beer, Phyllis Maisel, Estelle Caroll, Sarri Anne Singer, Judith Singer, Eric M. Singer, Robert Singer, Julie Averbach, Individually and for the Estate of Steven Averbach, Tamir Averbach, Devir Averbach, Sean Averbach, Adam Averbach, Maida Averbach, Individually and for the Estate of David Averbach, Michael Averbach, Eileen Sapadin, Daniel Rozenstein, Julia Rozenstein Schon, Alexander Rozenstein, Esther Rozenstein, Jacob Steinmetz, Individually and for the Estate of Amichai Steinmetz, Deborah Steinmetz, Individually and for the Estate of Amichai Steinmetz, Nava Steinmetz, Orit Mayerson, Netanel Steinmetz, Ann Coulter, for the Estate of Robert L. Coulter, Sr., Dianne Coulter Miller, Individually and for the Estate of Janis Ruth Coulter, Robert L Coulter, Jr., Individually and for the Estate of Janis Ruth Coulter, Larry Carter, Individually and as the Administrator of the Estate of Diane Leslie Carter, Shaun Choffel, Richard Blutstein, Individually and for the Estate of Benjamin Blutstein, Katherine Baker, Individually and for the Estate of Benjamin Blustein, Rebekah Blutstein, Nevenka Gritz, Individually and for the Estate of David Gritz and Norman Gritz, Jacqueline Chambers, Individually and as the Administrator of the Estate of Esther Bablar, Levana Cohen, Individually as the Administrator of the Estate of Esther Bablar, Eli Cohen, Sarah Elyakim, Joseph Cohen, Greta Geller, as the Administrator of the Estate of Hannah Rogen, Ilana Dorfman, as the Administrator of the Estate of Hannah Rogen, Rephael Kitsis, as the Administrator of the Estate of Hannah Rogen, Tova Guttman, as the Administrator of the Estate of Hannah Rogen, Temima Spetner, Jason Kirschenbaum, Isabelle Kirschenbaum, Individually and for the Estate of Martin Kirschenbaum, Joshua Kirschenbaum, Shoshana Burgett, David Kirschenbaum, Danielle

CERTIFIED COPY ISSUED ON 08/27/2025

Teitelbaum, Netanel Miller, Chaya Miller, Aharon Miller, Shani Miller, Adiya Miller, Altea Steinherz, Jonathan Steinherz, Temima Steinherz, Joseph Ginzberg, Peter Steinherz, Laurel Steinherz, Gila Aluf, Yitzhak Zahavy, Julie Zahavy, Tzvee Zahavy, Bernice Zahavy,

*Plaintiffs-Appellants*,

Arie Miller,

*Plaintiff*, **ORDER**

v. 22-1039

Blom Bank SAL,

*Defendant-Appellee*.

---

In *Honickman v. BLOM Bank SAL*, this Court vacated a district court order that denied Plaintiffs' motion for relief from final judgment and leave to file an amended complaint pursuant to Federal Rules of Civil Procedure 60(b)(6) and 15(a)(2). *See* No. 22-1039, 2024 WL 852265, at *2 (2d Cir. Feb. 29, 2024) (summary order). The United States Supreme Court has since reversed our summary order and remanded the case to us, having held that the district court properly denied Plaintiffs' motion. *BLOM Bank SAL v. Honickman*, 145 S. Ct. 1612, 1622–23 (2025); *see also* Dkt. 96 (certified judgment). We accordingly REMAND the case to the district court so it may reinstate its order denying Plaintiffs' motion for relief from final judgment.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

2